**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 562 MAL 2021

           Respondent                 :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

                v.                        :

                                         :

DENNIS LEE HASSINGER,                 :

                                    :

            Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.